# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jennifer Ann Jasmaine, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00575-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Gregory Haynes | ) | |
| FNU Judd | ) | |
| Sherri Copple | ) | |
| Kenneth E. Lassiter | ) | |
| Reuben Young | ) | |
| Kimberly D. Grand, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 10, 2020 Order.

August 10, 2020

_____
Frank G. Johns, Clerk
United States District Court